

# Fourth Court of Appeals
## San Antonio, Texas

August 8, 2013

No. 04-13-00537-CV

**IN RE BIOMEDICAL ENTERPRISES, INC.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
               Rebeca C. Martinez, Justice
               Luz Elena D. Chapa, Justice

On August 7, 2013, relator filed a petition for writ of mandamus, an unopposed motion for temporary relief and an emergency motion to direct the trial court to transmit documents under seal.

Relator's unopposed request for temporary relief is GRANTED. The trial court's discovery order of July 30, 2013 and any deadlines requiring production of documents by relator pursuant to that order are temporarily STAYED pending final resolution of the petition filed in this court.

Relator's emergency motion regarding transmittal of documents under seal is GRANTED. The trial court is ORDERED to transmit to this court the following documents filed under seal, along with any accompanying attachments or exhibits: BioMedical Enterprises, Inc.'s Confidential Response to Plaintiffs' Motion to Compel Regarding Plaintiffs' Sixth Requests for Production and Withholding Statement, and BioMedical Enterprises, Inc.'s Confidential Motion for Protective Order With Regard to Plaintiffs' Sixth Requests for Production.

PER CURIAM

It is so **ORDERED** on August 8, 2013.

ATTESTED TO: _____
                      Keith E. Hottle
                      Clerk of Court

---

[1] This proceeding arises out of Cause No. 2010-CI-20398, styled *William Casey Fox and Nancy Fox v. BioMedical Enterprises, Inc., Camden Partners, Inc., Richard M. Johnston, Cross Atlantic Partners, Inc., John L. Cassis and Alastair Clemow*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Gloria Saldaña presiding.